ACCEPTED
15-25-00209-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 9:50 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00209-CV**

IN THE COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

FOR THE FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

11/26/2025 9:50:39 AM

CHRISTOPHER A. PRINE
Clerk

IN RE TIKTOK INC., TIKTOK LTD.; TIKTOK PTE.; TIKTOK U.S.
DATA SECURITY INC.;
BYTEDANCE LTD.; AND BYTEDANCE, INC.,

RELATORS.

On Petition for Writ of Mandamus from the
250th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-25-003118
Honorable Cory Liu, Presiding Judge

**REAL PARTY IN INTEREST STATE OF TEXAS'S
UNOPPOSED MOTION TO EXTEND TIME TO FILE
RESPONSE TO MOTION FOR TEMPORARY RELIEF**

The State of Texas, real party in interest in this proceeding and Plaintiff in the court below, files this motion requesting an extension of the deadline to file its response to Relators' motion for temporary relief.

On November 18, 2025, Relators filed a petition for writ of mandamus asking this Court to reverse the district court's October 1, 2025 Order denying Relators' Rule 91a motion to dismiss the State's claims, vacate the trial court's decision, and instruct the trial court to dismiss the State's claims. The same day, Relators filed a motion to stay the district court's proceedings pending disposition of their petition for mandamus.

On Friday, November 21, the Court requested the State to file a response

to the motion for temporary relief by December 5, 2025. In light of the Thanksgiving holiday, the State requests a one-week extension to December 12, 2025. This is the State's first request for an extension, and Relators agree to the request. This request for an extension of time is not made for the purpose of delay, but to permit the State time to adequately prepare and submit a thorough brief.

## PRAYER

For the above reasons, the State prays that the Court afford it until December 12, 2025, to file its response to the motion for temporary relief.

DATED: November 26, 2025      Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant
Attorney General

AUSTIN KINGHORN
Deputy Attorney General for
Civil Litigation

JOHNATHAN STONE
Chief, Consumer Protection Division

*/s/ Richard R. McCutcheon*
RICHARD R. McCUTCHEON
State Bar No. 24139547
MADELINE FOGEL
State Bar No. 24141985
Assistant Attorneys General
**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Consumer Protection Division
808 Travis Street, Suite 1520
Houston, Texas 77002
Tel: (713) 225-8922
Fax: (713) 223-5821
Richard.McCutcheon@oag.texas.gov
Madeline.Fogel@oag.texas.gov

DAVID H. THOMPSON*
ADAM P. LAXALT*
BRIAN W. BARNES*
MEGAN M. WOLD*
DELISA L. RAGSDALE

2

Texas Bar No. 24074579
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com

*Pro Hac Vice admission forthcoming*

JOHN C. HERNANDEZ
Texas State Bar No. 24095819
Assistant Attorney General
**OFFICE OF THE ATTORNEY
GENERAL OF TEXAS**
Consumer Protection Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 463-2185
Fax: (512) 473-8301
JC.Hernandez@oag.texas.gov

ADAM HOLTZ
State Bar No. 24143021
Assistant Attorney General
**OFFICE OF THE ATTORNEY
GENERAL OF TEXAS**
Consumer Protection Division
112 E. Pecan Street, Ste. 735
San Antonio. Texas 78205
Tel: (210) 225-4191
Fax: (210) 225-1072
Adam.Holtz@oag.texas.gov

**ATTORNEYS FOR THE STATE OF TEXAS**

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with counsel for Relators on November 25, 2025, via email in which counsel for Relators stated that Relators agree to the extension.

*/s/ Richard R. McCutcheon*
Richard R. McCutcheon

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, a true and correct copy of this document was served upon all counsel of record via electronic filing service.

*/s/ Richard R. McCutcheon*
Richard R. McCutcheon

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gessica Taddei on behalf of Richard McCutcheon
Bar No. 24139547
gtaddei@cooperkirk.com
Envelope ID: 108489931
Filing Code Description: Motion
Filing Description: UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR TEMPORARY RELIEF
Status as of 11/26/2025 11:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brandon Duke | | bduke@omm.com | 11/26/2025 9:50:39 AM | SENT |
| Trial Court | | 250.submission@traviscountytx.gov | 11/26/2025 9:50:39 AM | SENT |
| Adam Holtz | | adam.holtz@oag.texas.gov | 11/26/2025 9:50:39 AM | SENT |
| Brian Barnes | | bbarnes@cooperkirk.com | 11/26/2025 9:50:39 AM | SENT |
| David Thompson | | dthompson@cooperkirk.com | 11/26/2025 9:50:39 AM | SENT |
| Adam Laxalt | | alaxalt@cooperkirk.com | 11/26/2025 9:50:39 AM | SENT |
| Madeline Fogel | | madeline.fogel@oag.texas.gov | 11/26/2025 9:50:39 AM | SENT |
| Hannah Campus | | hannah.campus@oag.texas.gov | 11/26/2025 9:50:39 AM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 11/26/2025 9:50:39 AM | SENT |
| Jerry Bergman | | jerry.bergman@oag.texas.gov | 11/26/2025 9:50:39 AM | SENT |
| Calendar Litigation | | litigationcalendar@omm.com | 11/26/2025 9:50:39 AM | SENT |
| Megan Crowley | | mcrowley@cov.com | 11/26/2025 9:50:39 AM | SENT |
| Richard Mccutcheon | | richard.mccutcheon@oag.texas.gov | 11/26/2025 9:50:39 AM | SENT |
| Zoann Willis | | zoann.willis@oag.texas.gov | 11/26/2025 9:50:39 AM | SENT |
| Rebecca Hermann | | rebecca.herrmann@oag.texas.gov | 11/26/2025 9:50:39 AM | SENT |